IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TEMPUR-PEDIC INTERNATIONAL, INC.                              PLAINTIFF

v.                Civil No. 07-2015

BROCO SUPPLY, INC.; ERIC VOLOVIC;
HOWARD HIRSCH; THOMAS SCARCELLO;
NELSON SILVA; CLOSE OUT SURPLUS
AND SAVINGS, INC.; ERNEST PEIA,
and ACTION DISTRIBUTORS, INC.                                 DEFENDANTS

**O R D E R**

Now on this 15th day of November 2013, there comes on for consideration the above-styled cause. This matter is removed from the December 9, 2013, trial docket and is reset for a non-jury trial during the week beginning **February 3, 2014**, at 9:00 a.m. The deadlines for discovery and filing dispositive motions have expired. All other deadlines in the Amended Final Scheduling Order (doc. 269) are adjusted in accordance with the new trial date.

IT IS SO ORDERED this 15th day of November 2013.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**